## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TONYA RHODES AND JAYLA RHODES, | §§§ | |
| Plaintiffs, | §§ | |
| v. | §§ | CIVIL ACTION NO. 4:26-cv-2236 |
| CROSSCOUNTRY MORTGAGE LLC, NATIONSTAR MORTGAGE LLC, AND REIARI LLC, | §§§§ | |
| Defendants. | §§ | |

### MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] is Plaintiffs' Motion to Remand, and Amended Motion to Remand.  (ECF Nos. 13–14).  Defendants also have filed a Motion to Dismiss.  (ECF No. 7).  In the Amended Motion to Remand, Plaintiffs request that this case be remanded to state court because on April 9, 2026, they filed an Amended Complaint asserting only state claims without a basis for federal question jurisdiction.  (ECF Nos. 12, 14).  Additionally, there is no basis for diversity jurisdiction.  (ECF No. 12).

On April 22, 2026, the Court held an initial conference, where Defendants represented they were unopposed to remand in light of Plaintiffs'

---

[1] This case was referred to the Undersigned for all purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72.  (ECF No. 9).

Amended Complaint removing any basis for federal subject matter jurisdiction. Further, according to the parties' joint discovery case management plan, "Defendants do not oppose the jurisdictional arguments contained in the Motion to Remand." (ECF No. 15 at 2).

Based on the foregoing, the Court **RECOMMENDS** Plaintiffs' Amended Motion to Remand (ECF No. 14) be **GRANTED**. The Court **FURTHER RECOMMENDS** Plaintiffs' Motion to Remand (ECF No. 13) and Defendants' Motion to Dismiss (ECF No. 7) be **DENIED AS MOOT**.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

**SIGNED** in Houston, Texas on April 22, 2026.

Richard W. Bennett
United States Magistrate Judge

2