United States District Court
Southern District of Texas
**ENTERED**
May 12, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TONYA RHODES AND JAYLA RHODES, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26cv2236 |
| | § | |
| CROSSCOUNTRY MORTGAGE, LLC, | § | |
| NATIONSTAR MORTGAGE, LLC, REIARI, | § | |
| LLC, | § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 22, 2026 (Dkt. 20) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiffs, Tonya Rhodes and Jayla Rhodes' Amended Motion to Remand (Dkt. 14) is **GRANTED** and this case is **REMANDED to the 133rd Judicial District Court of Harris County, Texas**.

It is further **ORDERED** that Plaintiffs, Tonya Rhodes and Jayla Rhodes' Motion to Remand (Dkt. 13) and Defendants, Crosscountry Mortgage, LLC, Nationstar Mortgag, LLC and Reiari, LLC's Motion to Dismiss (Dkt. 7) are **DENIED AS MOOT**.

**SIGNED** at Houston, Texas this __11th__ day of May, 2026.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE